COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-174-CV

SEPTODONT, INC. AND DEPROCO, INC. APPELLANTS

V.

BARBARA A. PEPE AND OWNEY PEPE APPELLEES

----------

FROM THE 17
th
 DISTRICT COURT 
OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss The Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  August 3, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.